ACCEPTED
01-15-00076-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/9/2015 12:31:41 AM
CHRISTOPHER PRINE
CLERK

| | | |
|---|---|---|
| Alan Nelson Crotts, Appellant | § § § § § § § | **Appellate Docket No. 01-15-00076-CV** |
| Vs. | | In the 1ˢᵗ Court of Appeals |
| John F. Healey, Jr., Fort Bend County District Attorney, & Jeff Strange, Assistant District Attorney, Appellees | | Houston, Texas |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/9/2015 12:31:41 AM
CHRISTOPHER A. PRINE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

This MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF is brought by **Alan Nelson Crotts**, PLAINTIFF and APPELLANT, pursuant to the *Texas Rules of Appellate Procedure, Rule 10.5(b)*.

The APPELLANT shows in support of this motion:

1.  The original deadline for filing the APPELLANT'S REPLY BRIEF was **July 8ᵗʰ, 2015**.

2.  The Appellant seeks a 7 day extension from the original deadline date of the APPELLANT'S REPLY BRIEF. The APPELLANT'S REPLY BRIEF will be filed no later than **July 15ᵗʰ, 2015**.

3.  The Appellant is seeking an extension because the Appellant had an excessive number of long-standing prior commitments and work load during the time period to file the APPELLANT'S REPLY BRIEF.

4.  Furthermore, the Appellant has very recently learned that Appellee 1, JOHN F. HEALEY, JR., is currently undergoing disciplinary proceedings by the State Bar of Texas, styled *Commission of Lawyer Discipline vs. John F. Healey, Jr. and Mark Harold Hanna* in the 268ᵗʰ District Court of Fort Bend County, and requires to time

to determine how, if at all, this will impact these proceedings and the content of the APPELLANT'S REPLY BRIEF.

5.  Furthermore, it is clear that granting this MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF would be in the best interest of justice in this matter.

6.  No other extensions to file the APPELLANT'S REPLY BRIEF have been requested.


**Alan Nelson Crotts**, APPELLANT, prays that the Court grant this MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF.

Respectfully Submitted,

**Alan N. Crotts, Pro Se**
19910 Grand Bluff Grove
Richmond, Texas 77407
(281)384-0350

## Certificate of Service

I swear that a true copy of the above was served on each attorney of record or party by certified mail, hand delivery, fax, or delivery service, according to the *Texas Rules of Civil Procedure* on _____7/9/15_____.
    Month/ Day/ Year

_____
Alan N. Crotts, Pro Se